FILED
MAY - 5 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>REBEKAH PATTERSON-SMITH a/k/a<br>Rebekah Moxey,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    4:21CR294 RLW/SRW |

## INDICTMENT

### COUNT I
### (Misuse of a Social Security Number)

The Grand Jury charges that:

On or about July 30, 2020, in the Eastern District of Missouri,

**REBEKAH PATTERSON-SMITH a/k/a**
**Rebekah Moxey,**

the Defendant herein, did knowingly and falsely represent with an intent to deceive, and for the purpose of obtaining a lease on an apartment, that a number was the Social Security Account Number assigned to her by the Social Security Administration, when, in fact, it was not.

In violation of Title 42, United States Code, Section 408(a)(7)(B), and punishable under Title 42, United States Code, Section 408(a).

### COUNT II
### (Aggravated Identity Theft)

The Grand Jury further charges that:

On or about July 30, 2020, in the Eastern District of Missouri,

1

**REBEKAH PATTERSON-SMITH a/k/a**
**Rebekah Moxey,**

the defendant herein, did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit:  Misuse of a Social Security Number, in violation of Title 42, United States Code, Section 408(a)(7)(B), knowing that the means of identification belonged to another actual person.

In violation of, and punishable under, Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
JOHN J. WARE, #40880MO
Assistant United States Attorney