UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 4:21 CR 294 RLW |
| | ) |
| **REBEKAH PATTERSON-SMITH,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

This matter was before the Court for a bond revocation hearing. On December 9, 2021, Defendant waived her right to such a hearing. Based upon the court file, the Court finds that Defendant failed to comply with the terms of the appearance bond dated May 21, 2021.

Defendant's bond is revoked, and Defendant is hereby detained. All of this causes the undersigned to reasonably conclude by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of the community if Defendant were released on bond pending trial. Further, it has been shown by the preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the Defendant as required.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Rebekah Patterson-Smith be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or

being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel.

**IT IS FURTHER ORDERED** that on an order of court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

*/s/ Stephen R. Welby*
Stephen R. Welby
United States Magistrate Judge

Dated this 10th day of December, 2021.